# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-1 | 9620832 | PHILLIPS | 8619 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 04/01/2022 1251
Offense Charged: ☐ CFR ☐ USC ☒ State Code
PENAL CODE 415

Place of Offense: BLDG 13, MCRD SD

Offense Description: Factual Basis for Charge — HAZMAT ☐
PENAL CODE 415
DISTURBING THE PEACE

### DEFENDANT INFORMATION

Last Name: SULLIVAN
First Name: MARIVEL
MI: D

Street Address: [redacted]

Tag No: NA  State: NA  Year: NA  Make/Model: NA  Color: NA

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 333 W BROADWAY, SAN DIEGO, CA 92101
Date: _____  Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]
Original - CVB Copy
*9620832*

---

(For issuance of an arrest warrant or summons)

I state that on **1 April**, 20 **22** while exercising my duties as a law enforcement officer in the **Southern** District of **California**

See attached

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **04/01/2022**  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/12/2022 12:54
CVB SCAN 04/12/2022 12:54